■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAN MOJICA, Appellant. [604 NYS2d 768] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Starkey, J.), imposed May 8, 1992.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal should not be enforced with respect to the enhanced sentence he received as a consequence of his failure to appear for sentencing following his plea of guilty *(see, People v Prescott,* 196 AD2d 599). The sentence imposed was not unduly harsh or excessive under the circumstances *(see, People v Delgado,* 80 NY2d 780; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Thompson, Lawrence, O'Brien and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY ORTEGA, Appellant. [604 NYS2d 768] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered February 9, 1993, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.